UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Jaroslaw Mielewczyk<br>                  Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>v.<br><br>Jaroslaw Mielewczyk-Debtor<br>Kamila I. Mielewczyk- Co-debtor<br>Kenneth E. West-Trustee<br><br>                  Respondents | CASE NO.: 23-11838-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

## CERTIFICATION OF DEFAULT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on January 2, 2025. A copy of the Stipulation is attached hereto as **Exhibit "A"**.  Movant certifies that the required Notice of Default required by the Order was sent to Debtors and Debtors' attorney on January 24, 2025, and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit "B".** In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

Dated:  February 14, 2025                    By: /s/   Lauren Moyer
                                             Lauren Moyer, Esq.
                                             **FRIEDMAN VARTOLO LLP**
                                             Attorneys for SN Servicing Corporation as servicer
                                             for U.S. Bank Trust National Association, as
                                             Trustee of LB-Cabana Series IV Trust
                                             1325 Franklin Avenue, Suite 160

Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com