# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Jaroslaw Mielewczyk<br>                   Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>v.<br><br>Jaroslaw Mielewczyk-Debtor<br>Kamila I. Mielewczyk- Co-debtor<br>Kenneth E. West-Trustee<br>                   Respondents | CASE NO.: 23-11838-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

### ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR LB-CABANA SERIES IV TRUST's Motion for Relief from Automatic Stay is hereby APPROVED.

**Date: January 2, 2025**

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge