# Exhibit "B"

# FRIEDMAN VARTOLO

A Limited Liability Partnership formed in the State of New York
1325 Franklin Avenue, Suite 160, Garden City, NY 11530
Telephone: (212) 471-5100|Facsimile: (212) 471-5150

January 24, 2025

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com
*VIA E-MAIL AND REGULAR MAIL*


**RE:**   Jaroslaw Mielewczyk
          Bankruptcy Case No. 23-11838-amc

## NOTICE OF DEFAULT

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust with regard to the above-referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Settlement Stipulation, approved by the Court by an Order entered on January 2, 2025 (Doc. No. 51). This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---|
| Missed Payments – 12/01/2024 – 01/01/2025 @ $1,449.51/mo. | $2,899.02 |
| Late Fees | $224.31 |
| **Total Due and Owing good through January 20, 2025** | **$3,123.33** |

Payment should be made by bank or certified funds and mailed directly to:
SN Servicing Corporation
P.O. Box 660820
Dallas, TX 75266-0820

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

1

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

    Yours truly,
    <u>/s/ Lauren Moyer</u>
    Lauren Moyer, Esquire

cc:

Jaroslaw Mielewczyk
614 Iva Lane
Fairless Hills, PA 19030
**Bankruptcy Debtor**

Kamila I. Mielewczyk
614 Iva Lane
Fairless Hills, PA 19030
**Bankruptcy Co-Debtor**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
**Bankruptcy Trustee**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**United States Trustee**